THE STATE EX REL. LIGHT, APPELLANT, *v.* CLERMONT
COUNTY TRANSIT BOARD ET AL., APPELLEES.

[Cite as *State ex rel. Light v. Clermont Cty. Transit
Bd.,* 115 Ohio St.3d 373, 2007-Ohio-5235.]

(No. 2006–1836—Submitted August 14, 2007—Decided October 11, 2007.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

PFEIFER, J., dissents and would reverse the judgment of the court of appeals and remand the cause to the Industrial Commission.

Butkovich, Crosthwaite & Gast Co., L.P.A., Stephen P. Gast, and Daryl A.W. Crosthwaite, for appellant.

Marc Dann, Attorney General, and Eric J. Tarbox, Assistant Attorney General, for appellee Industrial Commission of Ohio.